# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SOUTH ARKANSAS DEVELOPMENTAL CENTER
FOR CHILDREN AND FAMILIES, INC., ET AL.                    PLAINTIFFS

VS.                    Case No. 4:19CV00417 SWW

CINDY GILLESPIE,
in her official capacity as Director of the
Arkansas Department of Human Services, et al.              DEFENDANTS

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 20th day of June 2019.

                              AT THE DIRECTION OF THE COURT
                              JAMES W. McCORMACK, CLERK

                              BY:  Heather Clark
                                   Courtroom Deputy to
                                   U.S. District Judge Susan Webber Wright