IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SOUTH ARKANSAS DEVELOPMENTAL CENTER FOR
CHILDREN AND FAMILIES, et al.**
                                                                                                **PLAINTIFFS**

**CASE NO. 4:19CV00417 JM**

**CINDY GILLESPIE, IN HER OFFICIAL CAPACITY
AS DIRECTOR OF THE ARKANSAS DEPARTMENT
OF HUMAN SERVICES, et al.**                                             **DEFENDANTS**

## ORDER

Pending is Plaintiffs' unopposed motion to voluntarily dismiss the case without prejudice.

The Court finds that Plaintiffs' motion to dismiss (Docket #38) should be, and hereby is, granted.

The Clerk is directed to close the case.

IT IS SO ORDERED this 21st day of September, 2020.

_____
James M. Moody, Jr.
United States District Judge